IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

RAMON JAQUEZ, on behalf of himself
and all others similarly situated,

                Plaintiff,

                Civil Case Number: 1:21-cv-02032-SHS

-v-

GROUPE SEB USA,

                Defendant.

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' April 27, 2021 Stipulation of Dismissal [Doc. No. 11], all claims asserted against Defendant in Civil Action No. **1:21-cv-02032-SHS**, are dismissed with prejudice;

THAT the Clerk of Court is directed to amend the caption in this matter as follows:

_____x

RAMON JAQUEZ,

                Plaintiff,

-v-

GROUPE SEB USA,

              Defendant.
_____x

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

DATED: New York, New York
April 27, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.